IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JOSE W. PENA GRULLON, | : | Civil No. 3:20-cv-0312 |
| Plaintiff | : | (Judge Mariani) |
| v. | : | |
| WILLAIM PELHAM BARR, et al., | : | |
| Defendants | : | |

ORDER

AND NOW, THIS 25th DAY OF FEBRUARY 2020, upon consideration of Defendants' motion to dismiss pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), **IT IS HEREBY ORDERED THAT:**

1. Defendants' motion (Doc. 18) is GRANTED.

2. Plaintiff's complaint is DISMISSED in its entirety.

3. The Clerk of Court is directed to CLOSE this case.

4. Any appeal from this order is deemed frivolous and not in good faith. See 28 U.S.C. § 1915(a)(3).

Robert D. Mariani
United States District Judge